**DISMISS; and Opinion Filed April 27, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01352-CV

**LARRY G. MCCLENDON, Appellant**
**V.**
**BOBBY SPRINGFIELD, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00488**

## MEMORANDUM OPINION

Before Justices Francis, Brown, and Schenck
Opinion by Justice Schenck

Before the Court is appellant's April 21, 2017 Agreed Motion to Dismiss Appeal. In his motion, appellant states the parties have settled the dispute between them in the underlying cause that is the subject of this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

151352F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LARRY G. MCCLENDON, Appellant

No. 05-15-01352-CV      V.

BOBBY SPRINGFIELD, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-00488-1.
Opinion delivered by Justice Schenck,
Justices Fillmore and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear his own costs of this appeal.

Judgment entered this 27th day of April, 2017.